# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RYAN BERGSTRESSER,** : | **CIVIL ACTION NO. 3:12-1464** |
| **Plaintiff** : | |
| v. : | |
| **BRISTOL-MYERS SQUIBB COMPANY[2],** : | **(JUDGE MANNION[1])** |
| **Defendant** : | |
| : | |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion for judgment on the pleadings, **(Doc. No. 9)**, is **GRANTED IN PART AND DENIED IN PART** as follows:

**(a)** the defendant's motion is granted to the extent that the plaintiff's strict liability claims based upon failure to warn and design defect are dismissed;

**(b)** the defendant's motion is denied to the extent

---

[1]The instant action was originally assigned to the Honorable A. Richard Caputo. By verbal order, on January 7, 2013, the matter was reassigned.

[2]The defendant has provided that it was incorrectly designated "Bristol-Meyers Squibb Company" in the complaint. The correct designation is used herein.

>    the plaintiff's strict liability claim based upon
>    manufacturing defect will not be dismissed;
>
> **(c)** the defendant's motion is denied to the extent that the plaintiff's negligence claim based on failure to warn will not be dismissed;
>
> **(2)** the plaintiff shall file an amended complaint on or before **May 17, 2013**, which cures the deficiencies of his complaint as discussed in the memorandum issued this same day.

                    s/ *Malachy E. Mannion*
                    **MALACHY E. MANNION**
                    **United States District Judge**

**Date: April 24, 2013**

O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-1464-01-ORDER.wpd