# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RYAN BERGSTRESSER, : | CIVIL ACTION NO. 3:12-1464 |
| Plaintiff : | |
| v. : | (JUDGE MANNION) |
| BRISTOL-MYERS SQUIBB : | |
| COMPANY, | |
| : | |
| Defendant | |
| : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion to dismiss the plaintiff's amended complaint, **(Doc. No. 19)**, is **GRANTED**; and

**(2)** the Clerk of Court is directed to close the instant action.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: December 2, 2013**